IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MILFORD LEWIS,

      Petitioner,                  No. 2:09-cv-1468 JFM (HC)

    vs.

CALIFORNIA DEPARTMENT OF CORRECTIONS,

      Respondent.                ORDER

        Petitioner is a state prisoner proceeding pro se with an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner, the only party to appear in this action, has consented to proceed before a United States Magistrate Judge pursuant to 28 U.S.C. § 636(c). See Consent to Jurisdiction by United States Magistrate Judge, filed June 19, 2009.

        By order filed July 10, 2009, petitioner's application was dismissed and thirty days' leave to file an amended application was granted. Petitioner's motion to proceed in forma pauperis was also denied without prejudice and petitioner was granted thirty days to file a signed motion to proceed in forma pauperis. Petitioner was cautioned that failure to comply with the July 10, 2009 order would result in dismissal of this action. Order filed July 10, 2009 at 2. The thirty day period has now expired, and petitioner has not filed an amended application or a signed in forma pauperis application or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. <u>See</u> Local Rule 11-110; Fed. R. Civ. P. 41(b); Rule 11, 28 U.S.C. foll. § 2254.

DATED: September 8, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

12
lewi1468.dm